# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-CR-3020-JAH |
| v. | **ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS** |
| ROMAN ROMO-HERNANDEZ, | |
| Defendant | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the information shall be dismissed against Roman Romo-Hernandez without prejudice.

IT IS FURTHER ORDERED bond is exonerated. Defense Counsel shall prepare an order to disburse funds or release collateral.

IT IS SO ORDERED.

DATED: September 6, 2019

_____
HON. JOHN A. HOUSTON
UNITED STATES
DISTRICT COURT JUDGE